450 A.2d 1064

Commonwealth v. Greener, Appellant.
Petition for Allowance of Appeal
Denied Feb. 14, 1983.

Submitted May 5, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.